| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: WILLIAM D. WALL<br>         U.S. MAGISTRATE JUDGE | DATE: 3/13/2014<br>TIME:  2:30 PM |

CASE:  **CV 13-1003 (LDW) (WDW)** Greenfield v. Mullooly, Jeffrey, Rooney & Flynn LLP

TYPE OF CONFERENCE: PRETRIAL

APPEARANCES:    Plaintiff      Yitzchak Zelman

                Defendant    Michael McAuliffe

**SCHEDULING:** The next  conference will be held on    at   .

**THE FOLLOWING RULINGS WERE MADE:**

☐     Scheduling Order entered.

☐     The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐     Referred to mediation by separate order.

☐     The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒     Other:   The case has settled.  The parties shall submit a stipulation of discontinuance with Judge Wexler within 30 days.

                                    SO ORDERED

                                    /s/William D. Wall
                                    WILLIAM D. WALL
                                    United States Magistrate Judge