UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ROBERT GREENFIELD,

                    Plaintiff,              Case No.: CV-13-1003
(LDW)(WDW)

        -against-

MULLOOLY, JEFFERY, ROONEY & FLYNN,      **STIPULATION OF**
LLP,                                      **DISCONTINUANCE**
                    Defendants.       **<u>WITH PREJUDICE</u>**
----------------------------------------------------------------X

       **IT IS HEREBY STIPULATED**, consented, and agreed by and between the

undersigned, the attorneys of record for the parties in the above captioned action, that whereas no

party hereto is an infant, incompetent person for whom a committee has been appointed or

conservatee and no person not a party has an interest in the subject matter of the action, the above

entitled action including counterclaim, be and the same hereby is discontinued, with prejudice

and without costs to either party as against  the other.  This stipulation may be filed without

further notice with the Court.


Dated: New York, New York          M. Harvery Rephen & Associates
       August 4, 2014               Attorney for Plaintiff


                               By:       */s/ Harvey Rephen*
                                   M. Harvery Rephen, Esq.
                                   708 3rd Ave, 6th Floor
                                   New York, NY 10017


Dated: Melville, New York           Law Offices of Michael G. Mc Auliffe
       August 4, 2014               Counsel to Defendant


                                 By:       */s/ Michael G. Mc Auliffe*
                                   Michael G. Mc Auliffe, Esq.
                                   68 South Service Rd, Suite 100
                                   Melville, NY 11747
                                   (631) 465-0044