UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

ROBERT GREENFIELD,

                              Plaintiff,

        -against-

MULLOOLY, JEFFERY, ROONEY & FLYNN,
LLP,
                              Defendants.
--------------------------------------------------------------X

Case No.: CV-13-1003
(LDW)(WDW)

**STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE**

*FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG ~7 2014 ★

LONG ISLAND OFFICE*

        **IT IS HEREBY STIPULATED**, consented, and agreed by and between the

undersigned, the attorneys of record for the parties in the above captioned action, that whereas no

party hereto is an infant, incompetent person for whom a committee has been appointed or

conservatee and no person not a party has an interest in the subject matter of the action, the above

entitled action including counterclaim, be and the same hereby is discontinued, with prejudice

and without costs to either party as against the other.  This stipulation may be filed without

further notice with the Court.

Dated: New York, New York
        August 4, 2014

M. Harvery Rephen & Associates
Attorney for Plaintiff

                        By:        _____/s/ Harvey Rephen_____
                                   M. Harvery Rephen, Esq.
                                   708 3rd Ave, 6th Floor
                                   New York, NY 10017

Dated: Melville, New York
        August 4, 2014

Law Offices of Michael G. Mc Auliffe
Counsel to Defendant

                        By:        _____/s/ Michael G. Mc Auliffe_____
                                   Michael G. Mc Auliffe, Esq.
                                   68 South Service Rd, Suite 100
                                   Melville, NY 11747
                                   (631) 465-0044

SO ORDERED

USDJ.
CENTRAL ISLIP, NY  8/7/14